

# Fourth Court of Appeals
## San Antonio, Texas

January 10, 2022

No. 04-21-00513-CV

**IN THE INTEREST OF E.D.B., A CHILD**

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. CS-19-104
Honorable Baldemar Garza, Judge Presiding

# O R D E R

The clerk's record and reporter's record in this appeal were due on December 24, 2021. TEX. R. APP. P. 35.1. Neither record has been filed. The trial court clerk has filed a notification of late record stating that appellant has failed to pay or make arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 35.3(a).

We therefore ORDER appellant to file written proof in this court *no later than ten (10) days* after the date of this order showing that: (1) he has requested that the trial court clerk prepare the clerk's record and that the official court reporter prepare the reporter's record in compliance with Texas Rules of Appellate Procedure 34.5 and 34.6, respectively; and (2) *either* the fees for preparation of the clerk's record and reporter's record have been paid or payment arrangements have been made, *or* appellant is entitled to appeal without paying the fees. *See* TEX. R. APP. P. 34.5, 34.6; 20.1(a); TEX. R. CIV. P. 145.

In addition, appellant has failed to pay the applicable filing fee in this appeal. *See* TEX. R. APP. P. 5. Therefore, we FURTHER ORDER appellant to either (1) pay the applicable filing fee in this appeal or (2) provide written proof to this court that he is excused by statute or these rules from paying the filing fee *within ten (10) days* from the date of this order. *See* TEX. R. APP. P. 20.1; *see also* TEX. R. APP. P. 42.3(c).

If appellant fails to respond to this order within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(C).

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

FILE COPY

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of January, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court